**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN STEPHEN DAWSON,<br><br>    Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,<br><br>    Defendant. | Case No. 2:20-cv-10788-SSS-MRW<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge [Dkt. 33].  Plaintiff has not filed any written objections to the report.

Accordingly, the Court **ACCEPTS** the findings and recommendation of the Magistrate Judge.

1 | **IT IS ORDERED** that Judgment be entered in favor of Defendant.

DATE: January 17, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE