JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEPHEN DAWSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of Social Security*.<br><br>Defendant. | Case No. 2:20-cv-10788-SSS-MRW<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge.

**IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**. Judgment is hereby entered in favor of Defendant.

DATE: January 17, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE